IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAYMOND DAVID LEACH, III                                                    PETITIONER

v.                              No. 2:16-CV-02023

DIRECTOR WENDY KELLEY, Arkansas
Department of Correction                                                    RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the habeas petition in this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 11th day of May, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE